FILING FEES WAIVED BY THE COURT ON BEHALF OF (PET)/PTF RSP/DEF

2011 JAN 11 PM 4:07

☐ County Court ☒ District Court ☐ Denver Juvenile Court ☐ Denver Probate Court
Jeffco County, Colorado
Court Address:

100 Jefferson County Parkway, Golden, CO 80401

EFILED Document
CO Jefferson County District Court 1st JD
Filing Date: Jan 11 2011 3:06PM MST
Filing ID: 35385506
Review Clerk: Luz Ruiz

Plaintiff/Petitioner: Jeanette and Matthew Snider

v.

Defendant/Respondent/Co-Petitioner: BAC Home Loans, Castle Meinhold

Case Number: 2011 CV 118

Division 11  Courtroom 4B

## FINDING AND ORDER CONCERNING
☒ PAYMENT OF FILING FEES  ☐ APPOINTMENT AND PAYMENT OF INTERPRETER COSTS

Name of Party filing Motion: Matthew Snider on 1/11/11 (date).

Upon review of the attached Motion, the above party is:

☒ Eligible to proceed without payment of the following filing fee:
☒ complaint ☐ petition ☐ answer ☐ response ☐ motion to modify ☐ other: _____

☐ Eligible to have an interpreter for the following language _____ appointed and for such costs to be paid by the State.

☐ Not Eligible to proceed without payment of the required filing fee. Party is responsible for payment of the filing fees and/or interpreter costs.

Date: 1/11/11

Signature of Eligibility Investigator, Clerk of Court, Judge/Magistrate

## ORDER

The Court has reviewed the Motion (JDF 205) and so orders:

☒ As indicated above.
☐ The specified party is ordered to pay $ _____ by _____ (date) to cover filing fees or interpreter costs.
☐ Other: _____

Pursuant to §13-16-103, C.R.S., in the event the party who receives a waiver of costs prosecutes or defends an action or proceeding successfully, there shall be a judgment entered in his/her favor in the amount of the court costs and the party shall, upon collecting such court costs, remit them to the Court.

Date: 1-11-11

☐ Judge ☐ Magistrate

**Exhibit E**

JDF 208T R9/08  FINDING AND ORDER CONCERNING PAYMENT OF FILING FEES/APPOINTMENT AND PAYMENT OF INTERPRETER COSTS

FILING FEE WAIVED
BY THE COURT
ON BEHALF OF
PET/PTF RESPORT
2011 JAN 11 PM 4: 07

FILED
COMBINED COURT
JEFFERSON COUNTY CO.

| | |
|---|---|
| ☐Supreme Court ☐Court of Appeals ☐Denver Juvenile Court ☐Denver Probate Court<br>☐County Court **X** District Court<br>Jefferson County, Colorado<br>100 Jefferson County Parkway<br>Golden, Co 80403 | **COURT USE ONLY**<br>Case Number: 20 11 CV 118<br>Courtroom: 4B |
| Jeanette Snider and Matthew Snider<br><br>Plaintiff/Petitioner:<br>v.<br><br>B.A.C. Home Loans Servicing L.P. and<br><br>Castle Meinhold and Stewarski LLC<br><br>Defendant/Respondent: | |

**MOTION TO: X FILE WITHOUT PAYMENT OF FILING FEE ☐APPOINT AND PAY INTERPRETER COSTS AND SUPPORTING FINANCIAL AFFIDAVIT**

I, Jeanette Snider and Matthew Snider

respectfully move the Court for an order to waive the following filing fee(s): **X** complaint ☐petition ☐answer ☐response ☐motion to modify ☐other: _____ and/or ☐to appoint and pay for an interpreter for the following language _____ pursuant to CJD 06-03 and as grounds state that I am without funds, have no adequate funds available, and have a meritorious claim.

*All items must be fully completed. Print or type neatly. If an item does not apply, please write "N/A"*

| Name of Applicant | | | Other Responsible Party (Spouse, Parent, Other Persons in Household) | | |
|---|---|---|---|---|---|
| Snider | Jeanette | R | Snider | Matthew | D |
| 2718 W 28th Ave Apt 405 | | | 2718 W 28th Ave Apt 405 | | |
| Denver Co 80211 | | | Denver Co 80211 | | |
| 562-205-6588 | | | 562-205-6588 | | |
| Rent | | | Rent | | |
| xxx-xxx-3791 | Driver's Lic. # & State | 2-18-55 | xxx-xxx-7591 | 99-253-0110 | 10-26-83 |

| Most Recent Employer: Tonys Resturant | Most Recent Employer: Mc Donalds |
|---|---|
| Work Address: 5532 w 119th st Inglewood ,CA | Work Address: 499 w104th st Federal Heights Co |
| Work Phone #: (310) 643-6778 | Work Phone #: (    ) |
| Dates Employed: Oct 07 to Present | Dates Employed: Jan 09 to April 09 |
| Hours/Week: 30  Pay Rate: $ 9 | Hours/Week: 40 Pay Rate: $ 7 |
| ☐Monthly X Weekly ☐Bi-weekly | ☐Monthly ☐Weekly X Bi-weekly |
| ☐other:_____ | ☐other:_____ |

**Marital Status:** Single ☐Married X Divorced ☐Separated ☐Widowed **Number in Household:** (including yourself) 2  Identify Name, Age, and Relationship: Matthew & Jeanette Snider

| Gross Monthly Income (See Information on page 2) | | Monthly Expenses (See Information on Page 2) | |
|---|---|---|---|
| Self (wages, salary, commission) | $~~1200~~ 1,161 | Rent or Mortgage | $570.00 |
| Spouse/Other Household Members | $0 | Groceries | $200 |
| Parents (if same household) | $0 | Utilities | $200 |
| Unemployment Benefits | $0 | Clothing | $50 |
| Social Security/ Retirement Funds | $0 | Maintenance/Alimony and/or Child Support | $ |
| Maintenance/Alimony | $0 | Medical/Dental | $50 |
| Other Income (identify) | $0 | Other Expenses (identify) | $ |
| Other Income (identify) | 0 | Other Expenses (identify) | $ |
| **Total Income** | $~~1200~~ 1,161 | **Total Expenses** | $1070 |

| Cash on Hand (Cash you are carrying or which is stored at home, etc.) | $0 | Credit Cards: (Show type and balance owed) | |
|---|---|---|---|
| **Checking Account Balance** | $10 | Chase Hawthorne Ca | |
| **Savings Account Balance** | $n/a | Name/Address of Bank: | |
| **Stocks, Bonds, or other Investments Held Balance** | $N/a | Type of Investment, Name/Location of Company/Corporation | |

| Vehicles Owned (Autos, boats, recreational vehicles, etc.) - Estimate Value | $N/a | Identify Year _____ Model _____ License Plate _____ Identify Year _____ Model _____ License Plate _____ |
|---|---|---|
| House(s) or other Property - Estimate Value | $N/a | Amount owed, Year Purchased |

**IF ADDITIONAL SPACE IS NEEDED TO PROVIDE COMPLETE INFORMATION, ATTACH A SEPARATE PAGE.**

I swear under penalty of perjury that all information provided is true and complete. In addition, I authorize the Court to make any necessary contacts to verify the information.

Signature: _/s/ Matthew Sel_   Date: January 11, 2011