IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00224-CMA-MJW

JEANETTE SNIDER and
MATTHEW SNIDER,

Plaintiffs,

v.

B.A.C. HOME LOANS SERVICING L.P., and
CASTLE MEINHOLD AND STEWARSKI L.L.C.,

Defendants.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendant Castle Meinhold & Stawiarski, LLC's Motion for Clarification of the Court's May 9, 2011 Minute Order (Docket No. 28) is granted as follows.  This court's Minute Order of May 9 (Docket No. 27) is amended to the extent that the defendant's Second Extension of Time Within Which to File a Responsive Pleading (Docket No. 22) is granted such that the time for the defendants to file a responsive pleading is extended up to and including twenty days after a ruling on the defendant's Motion to Strike Plaintiffs' Amended Complaint and Motion to Remand (Docket No. 24).

Date:  May 12, 2011