# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

**Civil Action No.**  11-cv-00224-CMA-MJW             FTR - Courtroom A-502

**Date:**  May 31, 2011                              Courtroom Deputy, Ellen E. Miller

| *Parties* | *Counsel* |
|---|---|
| JEANETTE SNIDER, and | Pro Se |
| MATTHEW SNIDER, | Pro Se |
| Plaintiff(s), | |
| v. | |
| B.A.C. HOME LOANS SERVICING L.P., and | Jon D. Paul |
| CASTLE MEINHOLD AND STEWARSKI LLC, | Katharine E. Fisher |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:   STATUS   CONFERENCE
**Court in Session:**     9:00 a.m.
Court calls case.  Appearances of one *Pro Se* Plaintiff and of defense counsel.

Discussion is held as to the failure to appear of Plaintiff Jeanette Snider.
**It is ORDERED:**       A Show Cause Hearing is set **JUNE  08, 2011 at 9:30 a.m.**
                         in Courtroom A-502, Fifth floor, Alfred A. Arraj United States Courthouse,
                         901 19th Street, Denver, Colorado 80294.

After the Court recesses at 9:25 a.m., Ms. Snider is contacted by telephone in California and the Show Cause Hearing is vacated.  No Order to Show Cause shall issue at this time.

Matthew Snider advises the Court of current addresses and telephone numbers for Plaintiffs. The Clerk of the Court is directed to update the mailing addresses and telephone numbers of the Plaintiffs.

• Current address and telephone number for Plaintiff     MATTHEW SNIDER:
5301 S.  Yosemite
Unit #203
Greenwood Village, CO  80111
Telephone number: (720) 297-8688

• Current address and telephone number for Plaintiff JEANETTE SNIDER:
5533 W. 119th Street
Inglewood, CA 90304
Telephone number: (310) 801-4093


The Court is in recess so court staff and Matthew Snider may attempt to contact Jeanette Snider to appear by telephone at 10:30 a.m.

**Court in recess until   10:30 a.m. :**  9:25 a.m.

**Court in session:**  10:30 a.m.

The Court recalls the case.  Matthew Snider, Jon Paul, Katharine Fisher are present.  Jeanette Snider appears by telephone.

**It is ORDERED:**     The SHOW CAUSE HEARING set **JUNE  08, 2011  at  9:30 a.m.**  is VACATED.

Plaintiffs make an oral motion to withdraw their Amended Complaint, filed as Quite [sic] Title Action Pursuant to C.R.C.P. Rule 105 [Docket No. 18, Filed April 25, 2011].  With no objection from Defendants,

**It is ORDERED:**     Plaintiffs' ORAL MOTION TO WITHDRAW their Amended Complaint is GRANTED, therefore,
Plaintiffs'  AMENDED COMPLAINT, filed as  Quite [sic] Title Action Pursuant to C.R.C.P. Rule 105 [Docket No. **18**, Filed April 25, 2011] is **WITHDRAWN.**

Plaintiffs make an oral motion to withdraw their Motion to Remand Action to State Court.[Docket No. 14, filed April 25, 2011].  With no objections from Defendants,

**It is ORDERED:**     Plaintiffs' ORAL MOTION TO WITHDRAW their Motion to Remand Action to State Court is GRANTED,
Plaintiffs' MOTION TO REMAND ACTION TO STATE COURT [Docket No. **14**, Filed April 25, 2011] is   **WITHDRAWN.**

**It is ORDERED:**     Defendant BAC Home Loan Servicing LP's MOTION TO STRIKE PLAINTIFFS' AMENDED COMPLAINT (DOCKET NO. 18) AND MOTION TO REMAND (DOCKET NO. 14) PURSUANT TO F.R.C.P. [sic] 12(f) [Docket No. **24**, filed May 05, 2011]  is **DENIED   AS   MOOT** for reasons as set forth on the record.


BAC Home Loan Servicing LP is directed to re-serve a copy of its Motion to Dismiss on the Plaintiffs.

**It is ORDERED:**   Plaintiffs shall have to and including **JUNE 15, 2011** to file their written response to BAC Home Loan Servicing LP's Motion to Dismiss Plaintiffs' Complaint [Docket No. **9**, Filed February 08, 2011].

Discussion is held as to plaintiffs intentions to file a new Amended Complaint.
As of today, the operative Complaint is the original Complaint, filed as part of Docket No. 1, Exhibit A.   Defendants shall have twenty (20) days from today to file any answer or other response.  Plaintiffs are directed to meet and confer with defense counsel regarding any amended complaint  before filing.

*Pro Se* plaintiffs are reminded they are  required to comply with all applicable Federal Rules of Civil Procedure (Fed.R.Civ.P. )   and  the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLO.LCivR.)  The *Pro Se* plaintiffs may obtain a copy of the United States District Court for the District of Colorado Local rules of Practice on the court website www.cod.uscourts.gov   or in the office of the Clerk of the Court.

Hearing concluded.
**Court in recess:**   10:54 a.m.
Total In-Court Time 00:49

To order a transcript of this proceedings, contact  Avery Wood Reports    (303) 825-6119  or    Toll Free    1-800-962-3345.