**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-00224-CMA-MJW

JEANETTE SNIDER and,
MATTHEW SNIDER,

      Plaintiffs,

v.

B.A.C. HOME LOANS SERVICING L.P., and
CASTLE, MEINHOLD & STAWIARSKI LLC,

      Defendants.

---

**ORDER TO CURE DEFICIENCY**

---

Plaintiff submitted a Notice of Appeal on October 24, 2011. The Court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
       X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
       X    is not submitted
       __    is not on proper form (must use the court's current form)
       __    is missing original signature by plaintiff/petitioner on motion
       __    is missing affidavit
       __    affidavit is incomplete
       __    is missing original signature by plaintiff/petitioner on affidavit
       __    affidavit is not notarized or is not properly notarized
       __    other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __27th__ day of October, 2011.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge