IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-00224-CMA-MJW

JEANETTE SNIDER and
MATTHEW SNIDER,

      Plaintiffs,

v.

B.A.C. HOME LOANS SERVICING LP, and
CASTLE, MEINHOLD & STAWIARSKI LLC,

      Defendants.

---

**ORDER GRANTING PLAINTIFFS' MOTION FOR ORDER ON MOTION FOR PARTIAL SUMMARY JUDGMENT <u>AND</u> DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT**

---

This matter is before the Court on Plaintiffs' Motion for Order (Doc. # 70.) The instant Motion requests that this Court rule on Plaintiffs' Motion for Partial Summary Judgment. (*Id.*)

On September 26, 2011, the Court issued an Order Granting both Defendants' Motions to Dismiss, and dismissed the following claims with prejudice:

    (a)    Plaintiffs' claim for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, as alleged against BAC Home Loans Servicing L.P.;

    (b)    Plaintiffs' claim for violation of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601, *et seq.*, for claims alleged

        against Castle Meinhold and Stawiarski under § 2605 and against Castle Meinhold and Stawiarski and BAC Home Loans Servicing L.P. under § 2609;

(c)    Plaintiffs' claim for violation of the Truth in Lending Act, 15 U.S.C. § 1601, *et seq*.; and

(d)    Plaintiffs' claim for declaratory judgment against Defendants (that Colorado's non-judicial foreclosure proceedings are unconstitutional).

It also dismissed the following claims without prejudice:

(a)    Plaintiffs' claim for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*., as alleged against Defendant Castle Meinhold and Stawiarski LLC.;

(b)    Plaintiffs' claim for violation of the Real Estate Settlement Procedures Act, 12 U.S.C. § 2601, *et seq*., for claims alleged against BAC Home Loans Servicing L.P. under § 2605;

(c)    Plaintiffs' claim for preliminary injunctive relief to stop third party Freddie Mac's sale of the at-issue property.

Additionally, the Court declined to exercise supplemental jurisdiction over the following state law claims, because it dismissed all claims over which it had original jurisdiction:

(a)    Plaintiffs' breach of contract;

(b)    Plaintiffs' wrongful foreclosure;

    (c)    Plaintiffs' slander of title;

    (d)    Plaintiffs' violation of the Colorado Consumer Protection Act;

    (e)    Plaintiffs' slander of credit;

    (f)    Plaintiffs' infliction of emotional distress;

    (g)    Plaintiffs' unfair and deceptive acts and practices in violation of Colorado law; and

    (h)    Plaintiffs' breach of reinstatement agreements.

(Doc. # 60.) The Court also dismissed the case and issued judgment in favor of Defendants. (Doc. # 61.) Plaintiffs did not file a Motion for reconsideration of the final judgment or attempt to otherwise amend the Complaint, but did appeal the case; however, the Tenth Circuit dismissed the appeal for failure to pay the appellate filing fee. (Doc. # 69.)

    The Court's Order dismissing this case inadvertently failed to dismiss Plaintiffs' Partial Motion as moot. However, none of Plaintiffs' claims remain. As such, Plaintiffs' Motion for Order (Doc. # 70) is granted, and Plaintiffs' Motion for Partial Summary Judgment (Doc. # 45) is now hereby dismissed as moot.

DATED: November 3, 2015

                          BY THE COURT:

                          _____
                          CHRISTINE M. ARGUELLO
                          United States District Judge